# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 23, 2014

### NO. 03-11-00839-CR

**Robert Lee Martin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND FIELD
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order entered by the trial court denying Martin's motion for appointment of counsel to assist Martin in searching the DNA database. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because Martin is indigent and unable to pay costs, no adjudication of costs is made.